**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARY LAMONT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Case No. 1:12-cv-82 (WLS) |
| | : |
| CITY OF ALBANY, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant City of Albany's Motion to Exceed the Page Limitation. (Doc. 27.) Defendant requests the Court grant it leave to file a brief in support of a motion for summary judgment not to exceed ninety-four pages. In light of the number of claims and allegations, the Court finds that Defendant has shown good cause to exceed the page limitation by an additional twenty pages. A 94-page brief, however, is excessive. Accordingly, for good cause shown, the Court **GRANTS** Defendant leave to file a brief not exceeding forty pages in support of its motion for summary judgment.

**SO ORDERED**, this   30th   day of September 2013.

                                                    /s/ W. Louis Sands
                                                 **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**